IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------     ---------   x
In re                                            )
                                                 )               Chapter 11
NATIONSRENT, INC., et al.,                       )               Case Nos. 01-11628 through
                                                 )                          01-11639 (PJW)
                Debtors.                         )               Jointly Administered
-----------------------------------------------------------x
NATIONSRENT UNSECURED CREDITOR'S                 )
LIQUIDATING TRUST, PERRY MANDARINO,              )
not personally, BUT AS TRUSTEE,                  )
                                                 )
                                                 )               District Court Case No. 04-CV-1123
                Plaintiff,                       )
                                                 )
        vs.                                      )
                                                 )
J.A.M. DISTRIBUTING CO.,                         )
                                                 )
                Defendant.                       )
-----------------------------------------------------------x
```

**NOTICE OF SERVICE**

I, Marla Rosoff Eskin, of Campbell & Levine, LLC, hereby certify that on November 11, 2005, I caused a copy of *J.A.M. DISTRIBUTING CO.'S RULE 26(a)(1) DISCLOSURES* to be served upon the individuals listed below in the manner indicated:

| | |
|---|---|
| Neil B. Glassman, Esq. | Kenneth A. Rosen, Esq. |
| Daniel K. Astin, Esq. | Paul Kizel, Esq. |
| Christopher Ward, Esq. | Brian M. Brennan, Esq. |
| The Bayard Firm | Lowenstein Sandler PC |
| 222 Delaware Avenue | 65 Livingston Avenue |
| Suite 900 | Roseland, NJ 07068 |
| Wilmington, DE 19808 | **VIA FIRST CLASS MAIL** |
| **VIA HAND DELIVERY** | |

CAMPBELL & LEVINE, LLC

{D0050975:1 }

/S/ Marla Rosoff Eskin
Marla Rosoff Eskin (No. 2989)
800 King Street
Suite 300
Wilmington, DE 19801
302-429-1900
302-426-9947 (fax)

Dated:  November 11, 2005