IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | |
| | ) | Chapter 11 |
| NATIONSRENT, INC., *et al.*, | ) | Case Nos. 01-11628 through |
| | ) | 01-11639 (PJW) |
| Debtors. | ) | Jointly Administered |
| NATIONSRENT UNSECURED CREDITOR'S | ) | |
| LIQUIDATING TRUST, PERRY MANDARINO, | ) | |
| not personally, BUT AS TRUSTEE, | ) | |
| | ) | District Court Case No. 04-CV-1123 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| J.A.M. DISTRIBUTING CO., | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, Marla Rosoff Eskin, of Campbell & Levine, LLC, hereby certify that on November 11, 2005, I caused a copy of *NOTICE OF SERVICE OF J.A.M. DISTRIBUTING CO.'S RULE 26(a)(1) DISCLOSURES* to be served upon the individuals listed below in the manner indicated:

| | |
|---|---|
| Neil B. Glassman, Esq. | Kenneth A. Rosen, Esq. |
| Daniel K. Astin, Esq. | Paul Kizel, Esq. |
| Christopher Ward, Esq. | Brian M. Brennan, Esq. |
| The Bayard Firm | Lowenstein Sandler PC |
| 222 Delaware Avenue | 65 Livingston Avenue |
| Suite 900 | Roseland, NJ 07068 |
| Wilmington, DE 19808 | **VIA FIRST CLASS MAIL** |
| **VIA HAND DELIVERY** | |

CAMPBELL & LEVINE, LLC

{D0050982:1 }

/S/ Marla Rosoff Eskin
Marla Rosoff Eskin (No. 2989)
800 King Street
Suite 300
Wilmington, DE 19801
302-429-1900
302-426-9947 (fax)

Dated: November 11, 2005